# **EXHIBIT 1**

**(Confidential Settlement Agreement emailed to Courtroom Deputy)**