IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ROSE HAVIDIC, JAMES JONES, CLYDE RUFF, and THERESA BROWN individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 17-CV-08757 |
| v. | ) ) | Judge Virginia M. Kendall |
| FREEDOM 1ST TRANSPORTATION, LLC and JOSH REINERT, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER APPROVING SETTLEMENT

This cause coming to be heard on the parties' Joint Motion for Approval of Settlement Agreement, the Court having reviewed the proposed Confidential Settlement Agreement and Release ("Agreement") and otherwise being fully advised in the premises, the Court hereby finds and orders as follows:

1. After a review of the Agreement submitted jointly by the parties to the Court for review and approval, the Court determines that the terms of the settlement of this litigation are fair and reasonable, including the fees paid to Plaintiffs' counsels, and that the settlement is in the best interests of the parties.

2. This Court makes no finding as to Defendants' liability, and notes that Defendants have made no admission of liability or of any violation of law.

3. The Court therefore grants final approval of the Agreement, including the releases and payments set forth therein.

4. Upon the entry of this Order Approving Settlement and the payment of all consideration under the Agreement, the release by Plaintiffs as provided in the Agreement shall be effective and in full force and effect and binding upon them.

5. Pursuant to the Agreement, the Court dismisses all claims against the Defendants with prejudice.

SO ORDERED this 10th day of September, 2018

_____
Honorable Virginia M. Kendall
United States District Court Judge